Certificate Number: 05781-CAN-DE-041509017

Bankruptcy Case Number: 26-10681

05781-CAN-DE-041509017

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 1, 2026, at 7:09 o'clock AM PDT, Shari Rosenblad completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of California.

Date: October 1, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President